No. 344, Misc. WATTS *v.* INDIANA. Petition for writ of certiorari to the Supreme Court of Indiana granted and case ordered transferred to the appellate docket. The stay order of January 31, 1949, is continued and it is ordered that execution of the sentence of death be stayed pending the final disposition of this case by this Court. *Thurgood Marshall, Franklin H. Williams* and *Henry J. Richardson* for petitioner. *J. Emmett McMan-*

*amon,* Attorney General of Indiana, *Frank E. Coughlin,* Deputy Attorney General, and *Earl R. Cox* for respondent.

*Certiorari Denied.*